**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANA GAZDIKOVA,

    Plaintiff,

v.

INNOVATIVE MORTGAGE SOLUTIONS, et al.,

    Defendants.
    /

No. C 09-2396 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Defendants U.S. National Bank Association, Downey Savings and Loan Association, F.A., DSL Service Company, and FCI Lender Services, Inc. filed a motion to dismiss plaintiff's complaint on June 3, 2009. Plaintiff's opposition was due on June 26, 2009. However, plaintiff, who is represented by counsel, failed to oppose defendants' motion. **The Court orders plaintiff's counsel to file a declaration by <u>July 15, 2009</u> stating why this case should not be dismissed without prejudice for failure to prosecute**. The July 17, 2009 hearing on defendants' motion to dismiss is VACATED and will be rescheduled as/if necessary. Failure to comply with these deadlines will result in dismissal of plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: July 10, 2009

                                            SUSAN ILLSTON
                                            United States District Judge