IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA GAZDIKOVA, | No. C 09-2396 SI |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| INNOVATIVE MORTGAGE SOLUTIONS, et al., | |
| Defendants. | |

The hearing on defendants' motion to dismiss is rescheduled for **August 21, 2009**. Plaintiff's opposition to defendants' motion, if any, must be filed by **August 7, 2009.** Defendants' reply shall be filed by **August 14, 2009.**

**IT IS SO ORDERED.**

Dated: July 16, 2009

SUSAN ILLSTON
United States District Judge