1  REUBEN L. NOCOS, ESQ.
   rlnocos@nocoslaw.com
2  NOCOS LAW FIRM
3  1900 S. Norfolk Street, Suite 350
   San Mateo, CA 94403
4
   Attorneys for Plaintiff,
5  Jana Gazdikova

6  OFFICE OF THE GENERAL COUNSEL
   ERIC M. ALDERETE, STATE BAR NO. 199565
7  ealderete@downeysavings.com
   U.S. BANK NATIONAL ASSOCIATION
8  3501 Jamboree Road
   Newport Beach, CA 92660
9  Telephone: (949) 509-4461
   Facsimile: (949) 725-0619
10
   Attorneys for Defendants,
11 U.S. Bank National Association, Successor in
   Interest to the Federal Deposit Insurance
12 Corporation as Receiver for Downey Savings and
   Loan Association, F.A., DSL Service Company
13 and FCI Lender Services, Inc.

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  JANA GAZDIKOVA,<br>17         Plaintiff,<br>18    v.<br>19  INNOVATIVE MORTGAGE<br>20  SOLUTIONS, INC., a business entity,<br>    form unknown; DOWNEY SAVINGS<br>21  AND LOAN ASSOCIATION, F.A., a<br>    business entity, form unknown; DSL<br>22  SERVICE COMPANY, a business entity,<br>    form unknown; FCI LENDER<br>23  SERVICES, INC., a business entity, form<br>    unknown; and all person unknown,<br>24  claiming any legal or equitable right, title,<br>    estate, lien or interest in the property<br>25  described in this complaint adverse to<br>    Plaintiff's title thereto and DOES 1<br>26  through 30, inclusive<br>27         Defendants. | Case No. C 09-02396 SI<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [FRCP, Rule 41(a)]**<br><br>Judge:  Hon. Susan Illston<br>Courtroom 10<br><br>[Complaint Filed: April 27, 2009] |

-1-

STIPULATION FOR DISMISSAL

TO THE HONORABLE SUSAN ILLSTON:

The parties of the above-captioned matter hereby stipulate to dismissal with prejudice of this action in its entirety, with each party to bear their own costs and fees.

Respectfully submitted,

Dated:  June 10, 2009         Nocos Law Firm

By: ___/s/ Allison Dundas_____
      Allison Dundas
(original signature retained by Eric M. Alderete)
Attorney of Record for Plaintiff,
JANA GAZDIKOVA

Dated:  June 10, 2009         OFFICE OF THE GENERAL COUNSEL

By:___/s/ Eric M. Alderete_____
      ERIC M. ALDERETE
Attorney of Record for Defendants,
U.S. BANK NATIONAL ASSOCIATION,
SUCCESSOR IN INTEREST TO THE FEDERAL
DEPOSIT INSURANCE CORPORATION AS
RECEIVER FOR DOWNEY SAVINGS AND
LOAN ASSOCIATION, F.A., DSL SERVICE
COMPANY and FCI LENDER SERVICES, INC.

**ORDER**

IT IS HEREBY ORDERED that this matter may be, and it hereby is, dismissed with prejudice, in its entirety.

DATED: _____

_____
HONORABLE SUSAN ILLSTON,
JUDGE OF THE UNITED STATES DISTRICT COURT